# Court of Appeals
# of the State of Georgia

ATLANTA,  April 29, 2025 

*The Court of Appeals hereby passes the following order:*

## A25A1614. ANTONIO HILL v. CSX TRANSPORTATION, INC. et al.

In this personal injury action, plaintiff Antonio Hill filed suit in 2019 against defendants CSX Transportation, Inc., YRC, Inc., Old Republic Insurance Company, and Vernal Bledsoe. On April 26, 2022, the trial court entered an order granting CSX Transportation's motion for summary judgment. On January 3, 2025, Hill filed a notice voluntarily dismissing his remaining claims against YRC, Old Republic Insurance Company, and Vernal Bledsoe with prejudice. On January 29, 2025, Hill filed a notice of appeal, seeking to challenge the April 26, 2022 summary judgment ruling.[1] We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Hill's notice of appeal, filed 33 months after the trial court's April 26, 2022 order, is untimely as to that order. Although the notice of appeal was filed within 30 days of Hill's January 3, 2025 voluntary dismissal, a voluntary dismissal is not a decision or judgment that may be appealed by a plaintiff.

---

[1] This is Hill's second appearance before this Court. On November 8, 2022, we granted Hill's application for interlocutory appeal from the trial court's order dismissing defendant Bledsoe from the case. See Case No. A23I0068. Upon further review, we concluded that Hill's application for interlocutory appeal had been improvidently granted and dismissed his appeal. See Case No. A23A0901 (Oct. 27, 2023).

See *Waye v. Continental Special Risks, Inc.*, 289 Ga. App. 82, 84 (656 SE2d 150) (2007). And Hill cannot use his "own voluntary dismissal as the vehicle for appellate review of rulings entered by the trial court more than 30 days from the filing of the notice of appeal." Id. (citation and punctuation omitted).

For these reasons, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/29/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.